

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LINDA MINDRUTIU**
Assistant Corporation Counsel
phone: (212) 788-1177
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

January 18, 2012

BY ECF
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Ockeim Bowers et al v. City of New York, et al., 11 CV 3118 SJ-CLP

Dear Judge Pollak:

      The parties in the above-referenced matter write jointly to update the Court on the status of discovery and to request a settlement conference.  By way of background, plaintiffs' complaint alleges, inter alia, that they were falsely arrested and their due process and equal protection rights were violated as a result of an incident which occurred on April 7, 2010.

      Currently, the factual discovery deadline is set for April 17, 2012.  The parties have engaged in document discovery but have not yet held depositions.  On October 17, 2011, Magistrate Judge Carter ordered the parties to write to the Court about any discovery disputes and whether the parties seek a settlement conference.  The parties apologize for not filing this status report on January 6, 2012 as ordered by Judge Carter.  At this point in the discovery process, the parties have not encountered any discovery disputes.  Further, the parties jointly request a settlement conference before Your Honor.  The parties are available on February 9, 2012 at 4pm for a settlement conference, should that date still be convenient for the Court.

- 2 -

    Thank you for your consideration in this regard.

                                        Respectfully submitted,

                                        Linda Mindrutiu  
                                        Assistant Corporation Counsel  
                                        Special Federal Litigation Division

cc:    <u>BY ECF</u>  
       Brett Klein